United States Bankruptcy Court
Eastern District of Kentucky

```
In re:                                                            Case No. 11-61694-jms
Donald Ray Halcomb                                                Chapter 7
Connie Sue Halcomb
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0643-6          User: sonyaw             Page 1 of 2                  Date Rcvd: Apr 13, 2012
                              Form ID: B18             Total Noticed: 19
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2012.
db/jdb         +Donald Ray Halcomb,    Connie Sue Halcomb,    9390 W Highway 80,    Nancy, KY 42544-8757
4728292        +LAKE CUMBERLAND REGIONAL,    PO BOX 620,   SOMERSET KY 42502-0620
4728291         LAKE CUMBERLAND REGIONAL,    PO BOX 20010,   CINCINNATI OH 45220-0010
4728293         LENDMARK,   PO BOX 657,   SOMERSET KY 42502-0657
4749850        +LENDMARK FINANCIAL SERVICES, INC.,    2118 USHER STREET,    COVINGTON GEORGIA 30014-2434
4728294         MARSHALL EMERGENCY SERVICES ASSOC,    PO BOX 20010,   CINCINNATI OH 45220-0010
4756101        +TOYOTA MOTOR CREDIT CORP,    9441 LBJ FREEWAY STE 260,    DALLAS TX 75243-4545
4728299         WEST ASSET MANAGEMENT,    PO BOX 790113,   SAINT LOUIS MO 63179-0113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4728284        +EDI: CAPITALONE.COM Apr 13 2012 22:58:00     CAPITAL ONE,   PO BOX 30281,
                 SALT LAKE CITY UT 84130-0281
4728285         EDI: CAPITALONE.COM Apr 13 2012 22:58:00     CAPITAL ONE BANK,    PO BOX 30281,
                 SALT LAKE CITY UT 84130-0281
4728286        +EDI: RMSC.COM Apr 13 2012 22:58:00     GEMB LOWE'S,   PO BOX 981416,   EL PASO TX 79998-1416
4728287        +EDI: RMSC.COM Apr 13 2012 22:58:00     GEMB/BELK,   PO BOX 981491,   EL PASO TX 79998-1491
4728288         EDI: HFC.COM Apr 13 2012 22:58:00     HOUSEHOLD BANK,    12447 SW 69TH AVENUE,
                 PORTLAND OR 97223-8517
4728289        +EDI: HFC.COM Apr 13 2012 22:58:00     HSBC,   PO BOX 5253,   CAROL STREAM IL 60197-5253
4728290        +EDI: IRS.COM Apr 13 2012 22:58:00     INTERNAL REVENUE SERVICE,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
4728295         EDI: MID8.COM Apr 13 2012 22:58:00     MIDLAND CREDIT MANAGEMENT,    8875 AERO DRIVE,   SUITE 200,
                 SAN DIEGO CA 92123-2255
4728296         EDI: PRA.COM Apr 13 2012 22:58:00     PORTFOLIO RECOVERY,    120 CORPORATE BLVD,
                 NORFOLK VA 23502
4728297         EDI: TFSR.COM Apr 13 2012 22:58:00     TOYOTA MOTOR CREDIT,    4501 ERSKINE ROAD STE 150,
                 CINCINNATI OH 45242
4728298        +EDI: WESTASSET.COM Apr 13 2012 22:58:00     WEST ASSET MANAGEMENT,    2703 N HIGHWAY 75,
                 SHERMAN TX 75090-2567
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2012**          **Signature:**   *Joseph Speetjens*

```
District/off: 0643-6           User: sonyaw                 Page 2 of 2                   Date Rcvd: Apr 13, 2012
                               Form ID: B18                 Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2012 at the address(es) listed below:
         D Bruce Orwin    on behalf of Debtor Donald Halcomb lebell@orwinlaw.com,   orwinlaw@aol.com
         Maxie E Higgason    maxhigglaw@bellsouth.net,   higg8023@bellsouth.net,mhiggason@ecf.epiqsystems.com
         U.S. Trustee    ustpregion08.lx.ecf@usdoj.gov
         TOTAL: 3

Case 11-61694-jms    Doc 14    Filed 04/15/12    Entered 04/16/12 00:21:42    Desc Imaged
Certificate of Notice    Page 2 of 4

# UNITED STATES BANKRUPTCY COURT
**Eastern District of Kentucky**
**London Division**

Mailing Address: P.O. Box 1111, Lexington, KY 40588–1111

| | |
|---|---|
| In Re: Donald Ray Halcomb<br>Connie Sue Halcomb<br>9390 W Highway 80<br>Nancy, KY 42544<br>9390 W Highway 80<br>Nancy, KY 42544 | Case Number: 11–61694–jms<br><br>Chapter: 7 |
| aka/dba: | |
| SSN/TID: xxx–xx–6816<br>xxx–xx–2035 | |
| Debtor(s) | |

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

By the court –

Dated: 4/13/12

/s/Joseph M. Scott Jr.
Joseph M. Scott Jr.
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) continued

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**