**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

Michael Shane Bolser                                          Chapter 13
Judy Lynn Bolser                                             Case No. 12-21694-tnw
          Debtor(s)

**NOTICE OF REPLACEMENT DOCUMENT**

Comes the Creditor herein SE Emergency Physicians, by counsel, and advises that the

prior, redacted claim filed pursuant to the Court's Order is being replaced and the prior claim

restricted.  The claim amount is not being changed.  Claim 16-2 shall be restricted and shall be

replaced with Claim 16-3.


                                                    /s/ Thomas L. Canary, Jr.
                                                    Thomas L. Canary, Jr.
                                                    Counsel for the Creditor
                                                    9300 Shelbyville Rd., Suite 1000
                                                    Louisville, KY  40222
                                                    Reimer.ecf@reimerlaw.com
                                                    (502) 371-0060